ACCEPTED
06-17-00212-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/1/2017 4:21 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-17-00212-CR |
| Appellate Case Style: Style: | KENDRIC BRACKEN |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/1/2017 4:21:42 PM
DEBBIE AUTREY
Clerk

| | |
|---|---|
| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

| | |
|---|---|
| First Name: | KENDRIC |
| Middle Name: | |
| Last Name: | BRACKEN |
| Suffix: | |
| Appellant Incarcerated? | ☒ Yes ☐ No |
| Amount of Bond: | |
| Pro Se: | ○ |

### II. Appellant Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | JASON |
| Middle Name: | DOYLE |
| Last Name: | CASSEL |
| Suffix: | |

☒ Appointed    ☐ District/County Attorney
☐ Retained    ☐ Public Defender

| | |
|---|---|
| Firm Name: | ALBRITTON LAW FIRM |
| Address 1: | 111 WEST TYLER |
| Address 2: | |
| City: | LONGVIEW |
| State: | Texas    Zip+4: 75601 |
| Telephone: | 903-757-8449    ext. |
| Fax: | 903-758-7397 |
| Email: | jdc@emafirm.com |
| SBN: | 24006970 |

Add Another Appellant/Attorney

## III. Appellee

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: COKE

Middle Name:

Last Name: SOLOMON

Suffix:

☐ Appointed      ☒ District/County Attorney

☐ Retained       ☐ Public Defender

Firm Name: HARRISON COUNTY DISTRICT ATTORN

Address 1: 200 WEST HOUSTON

Address 2: STE. 206

City: MARSHALL

State: Texas      Zip+4: 75670

Telephone: 903-935-8408      ext.

Fax: 903-938-9312

Email: cokesolomon@co.harrison.tx.us

SBN: 14041954

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: November 7, 2017

Offense charged: Agg Robbery

Date of offense: May 11, 2017

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: November 16, 2017

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 20 Years DC

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No      If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No      If yes, date filed:

Other: ☐ Yes ☐ No      If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA      If yes, date filed:

Date of hearing:      ☐ NA

Date of order:      ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA      If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 71st District Court

County: Harrison

Trial Court Docket Number (Cause no): 17-0237X

Trial Court Judge (who tried or disposed of the case):

First Name: Brad

Middle Name:

Last Name: Morin

Suffix:

Address 1: 200 West Houston

Address 2: Ste. 219

City: Marshall

State: Texas  Zip + 4: 75670

Telephone: 903-935-8407  ext.

Fax: 903-935-9963

Email:

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☐ Yes ☒ No

If yes, date requested:

If no, date it will be requested: Dec 14, 2017

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☐ Yes ☒ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Dec 14, 2017

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter  ☐ Court Recorder
☐ Official  ☐ Substitute

First Name: Tanya

Middle Name:

Last Name: McFarland

Suffix:

Address 1: 200 West Houston

Address 2: Ste. 219

City: Marshall

State: Texas  Zip + 4: 75670

Telephone: 903-935-8407  ext. 1073

Fax:

Email: tanyam@co.harrison.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                   Court:

Style:

       Vs.     State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                        Date:    December 1, 2017

_JASON CASSEL_

Printed Name:                                   State Bar No: 24006970

Electronic Signature:                            Name:
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on   12/1/17      .

Signature of counsel (or pro se party)         Electronic Signature:
                                          (Optional)

                                          State Bar No.:   24006970

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                 (1) the date and manner of service;
                 (2) the name and address of each person served, and
                 (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 1, 2017

Manner Served: eServe

First Name: Coke

Middle Name:

Last Name: Solomon

Suffix:

Law Firm Name: Harrison County District Attorney's Office

Address 1: 200 W. Houston

Address 2: Ste. 206

City: Marshall

State Texas          Zip+4: 75670

Telephone: 903-935-8408          ext.

Fax: 903-938-9312

Email: cokesolomon@co.harrison.tx.us